**Order entered February 24, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00290-CR
### No. 05-20-00292-CR

**JAMES ARNAZ RANDLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-30614-P & F17-30615-P**

### ORDER

The Court **DENIES** appellant's February 22, 2021 pro se motion for an extension of time to file a brief. Appellant is represented by appointed counsel and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981); *see also Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005).

Appellant's brief has been filed. The State's brief is due by March 24, 2021.

/s/     LANA MYERS
JUSTICE